UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**TINA BARBOUR** and
**KIM MUNSON**,

     Plaintiffs,

v.                             CASE NO. 3:18-cv-246-J-25JBT

**SCOTTY RHODEN**, individually, and
in his official capacity as Sheriff of Baker
County, Florida**,**

     Defendant.

_____/

**O R D E R**

     Before the Court is the Joint Notice of Stipulation of Voluntary Dismissal of Case

with Prejudice (Dkt. 38).  Pursuant thereto, it is

     **ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED with**

**prejudice**.   The Clerk is directed to close this case**.**

     **DONE AND ORDERED** at Jacksonville, Florida, this 15th day of August,

2019.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record